UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of all parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __13-1953L__     Caption: __Scottsdale Insurance Company v. Children's Home Society of NC__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Ronald E. Ford, Sr., Administrator of the Estate of S.P.__
(name of party/amicus)


who is _____Appellant_____, makes the following disclosure:
         (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
    If yes, identify entity and nature of interest:

5.  Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
    If yes, identify any trustee and the members of any creditors' committee:

Signature: s/ Jerome P. Trehy, Jr.　　　　　　　Date: August 13, 2013

Counsel for: Defendant-Appellant

# CERTIFICATE OF SERVICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on August 13, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Kevin M. O'Brien  
Robert M. Kennedy, Jr.  
Phelps Dunbar LLP  
GlenLake One  
4140 ParkLake Avenue, Suite 100  
Raleigh, North Carolina 27612-3723

Joseph R. Beatty  
R. Thompson Wright  
Hill, Evans, Jordan & Beatty, PLLC  
Post Office Box 989  
Greensboro, North Carolina 27402

s/ Jerome P. Trehy, Jr.　　　　　　　　　　　August 13, 2013
　　　(signature)　　　　　　　　　　　　　　　　(date)