FILED: September 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1953 (L)
(5:12-cv-00081-FL)

_____

SCOTTSDALE INSURANCE COMPANY

   Plaintiff - Appellee

v.

CHILDREN'S HOME SOCIETY OF NORTH CAROLINA, INC.

   Defendant - Appellant

and

RONALD E. FORD, SR., Administrator of the Estate of S.P.
   Defendant

and

SANDRA VORENKAMP, Individually and as Co-Guardian ad Litem for D.V. and H.V.; CARL VORENKAMP, Individually and as Co-Guardian ad Litem for D.V. and H.V.

   Parties in Interest

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss in case number 13-1954.

    For the Court--By Direction

    <u>/s/ Patricia S. Connor, Clerk</u>