FILED: January 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1953 (L)
(5:12-cv-00081-FL)

_____

SCOTTSDALE INSURANCE COMPANY

       Plaintiff - Appellee

v.

CHILDREN'S HOME SOCIETY OF NORTH CAROLINA, INC.

       Defendant - Appellant

and

RONALD E. FORD, SR., Administrator of the Estate of S.P.
       Defendant

_____

O R D E R

_____

Upon consideration of the joint motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed 17,000 words.

All parties to a side shall continue to share time for oral argument provided

by this court's Local Rule 34(b).

                                      For the Court--By Direction

                                      <u>/s/ Patricia S. Connor, Clerk</u>